| | | |
|---|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>06/04/2015/aa | **UNSEALED**<br>*6/16/15 rc | Criminal Docket |

McALLEN Division     CR. No. **M-15-760**

**SEALED INDICTMENT**    Filed: June 9, 2015    Judge: **MICAELA ALVAREZ**

County: Hidalgo
Lions #: 2013R29717

UNITED STATES OF AMERICA

Attorneys:
KENNETH MAGIDSON, U. S. ATTORNEY

v.

MICHAEL E. DAY, ASST. U.S. ATTORNEY

VERONICA VELA            Cts. 1 - 12
--WARRANT--
CYNTHIA ZAPATA         Cts. 1 - 12
--WARRANT--

Charge(s):
- Ct. 1: Conspiracy to Commit Health Care Fraud
  Title 18, United States Code, Section 1349.
- Cts. 2 - 9: Health Care Fraud & Aiding and Abetting
  Title 18, United States Code, Sections 1347 and 2.
- Cts. 10 - 12: Aggravated Identity Theft
  Title 18, United States Code, Sections 1028A and 2.

Total Counts **(12)**

Penalty:
- Cts. 1 - 9: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both) and not more than a 3 yr. SRT (as to each count)
- Cts. 10 - 12: Imprisonment for not more than 2 yrs. and/or a fine not to exceed $250,000 (or both) and not more than a 3 yr. SRT (as to each count)

Agency: U.S. Department of Health & Human Services/OIG - Frances Aguilera -209A-SA-2923840

Date                                                      Proceedings